WRIT NO. WR-77,402-48     77,402-48

DARRELL J. HARPER      IN THE CRIMINAL COURT OF APPEALS

V.      THIRD JUDICIAL DISTRICT

STATE OF TEXAS      SITTING IN AUSTIN, TEXAS

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**JUL 14 2015**

RECONSIDERATION AND/OR REHEARING

**Abel Acosta, Clerk**

TO THE CLERK'S OFFICE:

1. Now comes Applicant, Darrell J. Harper motioning the Court for rehearing and/or reconsideration of dismissal of applicant's application for a writ of habeus corpus against Respondent State of Texas.

2. The reason(s) applicant's motion for reinstatement is because the conviction and sentence obtained from Tr. Ct. No. D-1-06-11-904067, is an absolute nullity that is both an direct and a indirect attack against the United States Constitution. to infringe applicant's civil and human rights for filing employment discrimination complaints. in violation of the Racketeer Influenced and Corrupt Organizations Act in violation of the Universal Declaration Of Human Rights, and in violation of the Civil Rights Act of 1964, as amended.

WHEREFORE, Applicant, Darrell J. Harper, pray that this motion is granted.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957724
O.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

**MOTION DENIED**
**DATE:** 7-15-15
**BY:** P-C

Certification Of Service

Applicant, Darrell J. Harper, does hereby certify that this Motion is true and correct for processing on or around Friday the 10th day of July 2015 in accordance with Tex. Crim. App. R. and P.

Darrell J. Harper
Darrell J. Harper



RECEIVED
JUL 14 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE